# JOSEPH & HERZFELD LLP
Attorneys at Law

Charles Joseph
Diane Hester
Michael D. Palmer
D. Maimon Kirschenbaum
Brian P. Fredericks
Michael DiChiara*
*Also admitted in New Jersey and Massachusetts

Of counsel:
Andrew Dwyer**
**Also admitted in New Jersey

757 Third Avenue, 25th Floor
New York, NY 10017
Phone: (212) 688-5640
Fax: (212) 688-2548

www.jhllp.com

February 27, 2009

MAR - 2 2009

VIA HAND DELIVERY

The Honorable Deborah A. Batts
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

Re:   **Brown v. 17th Street Entertainment II LLC, et al**
      **Court/Index No. SDNY 08 Civ. 7430 (DAB)**

Dear Judge Batts:

We represent Plaintiffs in the above-referenced matter. I write to request a two month extension of the discovery deadline, and corresponding changes to subsequent dates in the scheduling order. Defense counsel have agreed to the extension.   **GRANTED /DAB/**

Discovery is now scheduled to conclude on March 31, 2009. However, the parties are currently involved in an attempt to resolve among themselves disputes over document requests and interrogatories with the hope that it can be done without Court intervention. Because paper discovery is not complete, neither party has yet taken any depositions. In addition, Defendants recently served three third-party subpoenas in response to which Plaintiffs are preparing a motion to quash. The resolution of this motion will further delay discovery.

Accordingly, we respectfully request that the scheduling order be adjusted as follows:

    Completion of discovery: June 1, 2009
    Notification of dispositive motions: June 30, 2009
    Submission of proposed requests to charge and proposed voir dire: July 15, 2009
    Submission of joint pre-trial statement ("JPTS"): July 15, 2009
    Memoranda of law addressing issues raised in the JPTS: July 15, 2009
    Responses to the memoranda: July 29, 2009

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
3/4/09