UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Brown

Plaintiff,

-v-

17th Street Entertainment II LLC

Defendant.

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 19 May 09
ORDER OF REFERENCE
DATE FILED:
TO A MAGISTRATE JUDGE

08 cv 7430 DAB ( )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | | ___ | Habeas Corpus |
| | | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | All such motions: ____ |
| ___ | Settlement* | | |
| _ | Inquest After Default/Damages Hearing | | |

* Do not check if already referred for general pretrial.

Dated 19 May 09

SO ORDERED:

Deborah A. Batts
United States District Judge