UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LAURENCE BROWN and CECILIA SHIM,         Index No. 08 Civ. 7430 (DAB)

                              Plaintiffs,

   -against -

                                                            STIPULATION OF
17TH STREET ENTERTAINMENT II LLC d/b/a 1 OAK,   **DISCONTINUANCE**
SCOTT SARTIANO, and RICHIE AKIVA,

                              Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned attorneys for record for all parties herein that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above-captioned action hereby is and shall be discontinued <u>with prejudice</u> and without costs to either party; and it is further

**STIPULATED AND AGREED,** that this Stipulation may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument.  This Stipulation may be filed without further notice with the Court.

Dated: Mineola, New York
       July ____, 2009

| | |
|---|---|
| JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP | MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP |
| BY: _____ <br> Charles Joseph, Esq.  (CJ 9442) <br> Attorneys for Plaintiffs <br> 757 Third Avenue, 25th Floor <br> New York, NY  10017 <br> Tel: (212) 688-5640 <br> Fax: (212) 688-2548 | BY: _____ <br> Jonathan D. Farrell, Esq. (JDF 7324) <br> Attorneys for Defendants <br> 190 Willis Avenue <br> Mineola, New York 11501 <br> Tel:  (516) 747-0300 <br> Fax: (516) 237-2893 |

**SO ORDERED**

*Deborah A. Batts*  8/7/09
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE